# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACERICH VINTAGE FAIRE LIMITED PARTNERSHIP,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAHED SADIQUE,<br><br>  Defendant. | Case No.  1:15-01067-SAB<br><br>ORDER GRANTING DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 6) |

On August 19, 2015, Plaintiff Macerich Vintage Faire Limited Partnership ("Plaintiff") filed a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as the parties to this action have settled.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  Each party shall bear their own costs and fees.  The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **August 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1